IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAXIMILIAN MONCLOVA-CHAVEZ,

        Plaintiff,        1: 08 CV 0076 AWI WMW PC

    vs.        ORDER RE MOTION (DOC 7)

ERIC McEACHERN, et al.,

        Defendants.

    Plaintiff has filed a motion titled as a motion for service of process of the complaint. The complaint in this action will be screened in due course. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied.

IT IS SO ORDERED.

**Dated:**   **September 11, 2008**      /s/ **William M. Wunderlich**
                                               UNITED STATES MAGISTRATE JUDGE