IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MONDCLOVA-CHAVEZ,<br><br>　　　　　Plaintiff,<br>　　v.<br>ERIC McEACHERN, et al.,<br>　　　　　Defendants | 1: 08-CV-0076 AWI SKO<br><br>ORDER REFERRING PENDING MOTION FOR SUMMARY JUDGMENT TO MAGISTRATE JUDGE SHEILA K. OBERTO<br><br>ORDER VACATING OCTOBER 4, 2010 HEARING DATE |

　　　Plaintiff has filed a complaint that alleges prison officials violated his civil rights pursuant to Bivens v. Six Unknown Named Agests of the Federal Bureau of Narcotics, 403 U.S. 388 (1971). Plaintiff is represented by counsel. Defendant Patrick Tincher has filed a motion a motion for summary judgment on the third cause of action. Defendant Patrick Tincher noticed his motion for hearing before the undersigned for October 4, 2010.

　　　The court finds that the pending motion should be referred to Magistrate Judge Sheila K. Oberto pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302 for the entry for Findings and Recommendations.

//

Accordingly, it is HEREBY ORDERED that:

1. Defendant Patrick Tincher's motion for summary judgment is REFERRED to Magistrate Judge Sheila K. Oberto;
2. The October 4, 2010 hearing before the undersigned is VACATED; and
3. In the event Magistrate Judge Shelia K. Oberto desires a hearing on the pending motion, Magistrate Judge Shelia K. Oberto will re-notice the motion at a hearing date and time convenient to her.

IT IS SO ORDERED.

Dated:   September 20, 2010                                   /s/ [signature]
                                                   CHIEF UNITED STATES DISTRICT JUDGE