1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   MAXIMILIAN MONCLOVA-CHAVEZ,          CASE NO. 1:08-cv-00076-AWI-SMS PC

10              Plaintiff,                ORDER DIRECTING DEFENDANTS TO FILE
                                          OPPOSITION OR STATEMENT OF NON-
11       v.                               OPPOSITION TO PLAINTIFF'S MOTION TO
                                          COMPEL
12   ERIC McEACHERN, et al.,
                                          (ECF No. 74)
13              Defendants.
                                    /
14

15       Plaintiff Maximilian Monclova-Chavez ("Plaintiff") is a federal prisoner in this civil action

16   pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388,

17   91 S. Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors.  On

18   December 16, 2010, Plaintiff filed a motion to compel.  Defendants have failed to file an opposition

19   or a statement of non-opposition to the motion.  Local Rule 230(l).

20       Accordingly, it is HEREBY ORDERED that:

21       1.      Defendants shall file an opposition or a statement of non-opposition to Plaintiff's

22               motion to compel within **thirty (30) days** from the date of service of this order; and

23       2.      Failure to comply with this order may result in the imposition of sanctions.

24       IT IS SO ORDERED.

25   **Dated:    April 26, 2011**                    **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28

1