UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ, | CASE NO. 1:08-cv-00076-AWI-BAM |
| Plaintiff, | ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE |
| v. | |
| ERIC McEACHERN, et al., | TELEPHONIC CONFERENCE: April 3, 2012, at 10:00 a.m. in Courtroom 8 (BAM) |
| Defendants. | |

Plaintiff Maximilian Monclova-Chavez ("Plaintiff") is a federal prisoner proceeding in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. On February 29, 2012, an Order issued redesignating this action as a regular civil action. Discovery has closed and the dispositive motion deadlines have passed. At this juncture, a Telephonic Scheduling Conference shall be held to set further dates in this action.

A Joint Scheduling Report carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov. For reference purposes, the Court requires that counsels' Joint Scheduling Report indicate the date, time, and courtroom of the Scheduling Conference opposite the caption on the first page of the Report. The Joint Scheduling Report shall include:

1. Dates agreed to by all counsel for:

    (a) Pre-Trial Conference date (six to eight weeks prior to trial).

        (b)       Motions in Limine date (two to three weeks prior to trial).

        (c)       Trial date.

2.    Counsel are encouraged to discuss settlement, and the Court will expect a statement in the Joint Scheduling Report as to the possibility of settlement. Counsel shall indicate if a settlement conference is desired, and, if so, when it should occur.

3.    A statement as to whether the case is a jury or non-jury case.

4.    An estimate of the number of trial days required. When counsel cannot agree, each party shall give his or her best estimate.

5.    Whether either party requests bifurcation of trial or has any other suggestion for shortening trial. It should be noted that all federal tort claim cases are bifurcated as a matter of course.

6.    Whether this matter is related to any matter pending in this court or any other court, including any bankruptcy court.

If the case is settled, please **promptly** inform the Court, and counsels' presence, as well as the Joint Scheduling Report, will not be required.

Counsel are encouraged to consent to the jurisdiction of U.S. Magistrate Judge, and will be expected to discuss their positions with respect to this at the Conference.

Since two or more parties will be appearing telephonically, counsel shall decide which will be responsible for making prior arrangements for the conference call with the AT&T operator (if counsel do not have conference call capabilities on their telephone systems), and shall initiate the call at the above designated time. After all parties are on the line, the call should then be placed to (559) 499-5789.

Accordingly it is HEREBY ORDERED that:

1.    This matter is set for a Telephonic Scheduling Conference before the undersigned on **April 3, 2012, at 10:00 a.m.** in Courtroom 8;

2.    The parties shall make arrangements for a conference call and, once all parties are on the line, shall call the Court at (559) 499-5789; and

///

3.   One week prior to the Telephonic Scheduling Conference the parties shall file a Joint Scheduling Report in compliance with this order;

IT IS SO ORDERED.

**Dated:   March 1, 2012**          **/s/ Barbara A. McAuliffe**
                            UNITED STATES MAGISTRATE JUDGE