1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MAXIMILIAN MONCLOVA-CHAVEZ,          CASE NO. 1:08-cv-00076-AWI-BAM PC

10                              Plaintiff,     ORDER DIRECTING CLERK OF THE COURT
                                               TO ADMINISTRATIVELY REDESIGNATE
11        v.                                   CASE AS A REGULAR CIVIL ACTION

12  ERIC McEACHERN, et al.,

13                              Defendants.
    _____/

14

15        Plaintiff Maximilian Monclova-Chavez ("Plaintiff") is a federal prisoner proceeding in this

16  civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403

17  U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal

18  actors.   The action was designated administratively as one involving a prisoner litigating the

19  conditions of his jail confinement and has proceeded as such to this point in the litigation.  The Court

20  has determined that the proper designation for the case is as a regular civil action because all parties

21  are represented by counsel.

22        Accordingly, the Clerk of the Court SHALL change the administrative designation of the

23  present case to reflect that of a regular civil rights action (440).

24        IT IS SO ORDERED.

25  **Dated:   February 29, 2012**            ____/s/ **Barbara A. McAuliffe**____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28

1