# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>ERIC McEACHERN, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:08-cv-00076-AWI-BAM PC<br><br>**ORDER REQUIRING DEFENDANTS TINCHER, WHITE, AND MILLER TO NOTIFY COURT WHETHER THEY WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN TWENTY DAYS**<br><br>**ORDER DIRECTING CLERK OF COURT TO SEND CONSENT FORMS TO DEFENDANTS** |

This action is proceeding on the complaint, filed January 15, 2008, against Defendants Miller, White, and Tincher for violations of the Eighth Amendment. On November 3, 2009, Plaintiff consented to the jurisdiction of the Magistrate Judge. (ECF No. 39.)

A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 73-305.  Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

Because of the extraordinarily high case load in this district, this court has United States Magistrate Judges conduct trials in civil rights actions concerning prison conditions whenever possible.  Having a Magistrate Judge preside over the trial makes it far more likely a case will proceed on the scheduled trial date, and the trial will not be delayed by other matters.  While consenting to Magistrate Judge jurisdiction will most likely expedite resolution of this action, you are hereby advised that no adverse substantive consequences will result if you withhold consent.

The court shall direct the Clerk of the Court to provide the defendants with consent/decline forms. Within twenty days from the date of service of this order, Defendants Tincher, White, and Miller shall inform the court whether they consent to or decline Magistrate Judge Jurisdiction by filling out the forms and returning them to the court.

Accordingly, the court HEREBY ORDERS as follows:

1. The Clerk of the Court is DIRECTED to shall send Defendants Tincher, White and Miller forms that will allow them to consent or decline Magistrate Judge Jurisdiction; and

2. Within **twenty (20) days** from the date of service of this order, the defendants shall notify the court whether they consent to or decline Magistrate Judge jurisdiction by filling out the enclosed forms and returning them to the court.

IT IS SO ORDERED.

Dated:  March 29, 2012

CHIEF UNITED STATES DISTRICT JUDGE