# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ, | CASE NO. 1:08-cv-00076-AWI-BAM |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SCHEDULING A SETTLEMENT CONFERENCE |
| v. | |
| ERIC McEACHERN, et al., | (ECF No. 116) |
| Defendants. | |

Plaintiff Maximilian Monclova-Chavez ("Plaintiff") is a federal prisoner proceeding in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on the complaint, filed January 15, 2008, against Defendants Miller, White, and Tincher for violations of the Eighth Amendment.[1] (ECF No. 1.) On May 30, 2012, a telephonic hearing was held to determine if the parties to this action are amendable to settlement and whether a settlement conference should be scheduled.

During the hearing, Defendants White and Miller indicated that they are not interested in pursuing settlement of this action and wish to proceed to trial.[2] Accordingly, Plaintiff's motion to schedule a settlement conference shall be denied. The parties are encouraged to engage in settlement

---

[1] On December 8, 2010, default was entered against Defendant McEachern. (ECF Nos. 71, 72.)

[2] On April 3, 2012, all parties indicated that they were not interested in settlement. Counsel for Defendant Tincher did not appear at the hearing on May 30, 2012, so the Court has no information that Defendant Tincher is amenable to settlement at this time.

discussions, and if the parties are agreeable to participating in a settlement conference, they shall so notify the Court. If the Court receives a stipulation that the parties are agreeable to settlement, a settlement conference will be scheduled.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for a settlement conference is DENIED, without prejudice, and the telephonic hearing set for June 18, 2012, at 1:30 p.m. before the Honorable Anthony W. Ishii shall remain on calendar for the motion to bifurcate hearing.

IT IS SO ORDERED.

Dated:   May 30, 2012                             /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE