1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| 9  MAXIMILIAN MONCLOVA-CHAVEZ, | CASE NO. 1:08-cv-00076-AWI-BAM |
| 10                    Plaintiff, | ORDER EXTENDING TIME FOR |
|                                  | DEFENDANT TINCHER TO FILE REPLY IN |
| 11        v.                     | SUPPORT OF MOTION TO BIFURCATE |
| 12  ERIC McEACHERN, et al.,      | (ECF No. 121) |
| 13                    Defendants. | REPLY DUE JUNE 4, 2012 |
| 14  _____/ | |

15        Plaintiff Maximilian Monclova-Chavez ("Plaintiff") is a federal prisoner proceeding in this

16   civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403

17   U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal act.

18   Pursuant to the stipulation of the parties, Defendant Tincher is granted an extension of time, up to

19   and including June 4, 2012, to file his reply in support of the motion to bifurcate.

20        IT IS SO ORDERED.

21   **Dated:    June 1, 2012**              **/s/ Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28