**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ, ) | 1:08-cv-00076-AWI-BAM |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE OF JUNE 18, 2012 AND |
| v. ) | TAKING MATTER UNDER |
| ) | SUBMISSION |
| ERIC MCEACHERN; TIMOTHY ) | |
| MILLER; KENNETH WHITE; ) | (Doc. 113) |
| and C.O. TINCHER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The motion of defendant Patrick Tincher to bifurcate and/or sever the action has been set for hearing on June 18, 2012. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The hearing date of June 18, 2012 is hereby VACATED, and the parties shall not appear. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 7, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE