# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ, | CASE NO. 1:08-cv-00076-AWI-BAM |
| Plaintiff, | ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE |
| v. | TELEPHONIC CONFERENCE: August 21, 2012 at 10:00 a.m. |
| ERIC McEACHERN, et al., | |
| Defendants. | |

Plaintiff Maximilian Monclova-Chavez ("Plaintiff") is a federal prisoner proceeding in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. On June 21, 2012, an Order issued granting in part and denying in part Defendants' Motion to Bifurcate and Sever Action. A Telephonic Scheduling Conference shall be held to determine future dates for the bifurcated action. Accordingly, it is HEREBY ORDERED that:

1. This matter is set for a Telephonic Scheduling Conference before the undersigned on **August 21, 2012, at 10:00 a.m.** in Courtroom 8; and

2. The parties shall make arrangements for a conference call and, once all parties are on the line, shall call the Court at **(559) 499-5789**.

IT IS SO ORDERED.

Dated:   **July 13, 2012**          /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE

1