# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ, | CASE NO. 1:08-cv-00076-AWI-BAM |
| Plaintiff, | AMENDED ORDER SETTING DATES FOR DEFENDANT TINCHER |
| v. | Telephonic Trial Confirmation Hearing: June 24, 2013, at 3:00 p.m., in Courtroom 2 (AWI) |
| ERIC McEACHERN, et al., | |
| Defendants. | Jury Trial: August 6, 2013, at 8:30 a.m., in Courtroom 2 (AWI) |

Plaintiff Maximilian Monclova-Chavez ("Plaintiff") is a federal prisoner proceeding in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on the complaint, filed January 15, 2008, against Defendants McEachern,[1] Miller, White, and Tincher for excessive force in violation of the Eighth Amendment. This action is currently set for jury trial before the Honorable Anthony W. Ishii on February 20, 2013, at 8:30 a.m. On June 21, 2012, an order issued granting Defendant Tincher's motion to bifurcate and sever the trial. On August 21, 2012, a scheduling conference was held to set a new trial date. Accordingly, IT IS HEREBY ORDERED that:

1. The telephonic trial confirmation hearing set before the Honorable Anthony W. Ishii for **January 7, 2013, at 1:30 p.m.** shall remain for Defendants Miller and White;

---

[1] On December 8, 2010, default was entered against Defendant McEachern. (ECF Nos. 71, 72.)

2.     The jury trial set before the Honorable Anthony W. Ishii for **February 20, 2013, at 8:30 a.m.** shall remain for Defendants Miller and White;

3.     A telephonic trial confirmation hearing for Defendant Tincher is set for **June 24, 2013, at 3:00 p.m.,** in Courtroom 2 (AWI) before the Honorable Anthony W. Ishii. The parties shall make arrangements for a conference call and, once all parties are on the line, shall call the Court at **(559) 499-5669**;

    a.     The parties are ordered to file a <u>Joint Pretrial Statement pursuant to Local Rule 281(a)(2).</u> The parties are further directed to submit a digital copy of their pretrial statement in Word Perfect X3[2] format, directly to Judge Ishii's chambers by emailing it to awiorders@caed.uscourts.gov.

    b.     The parties' attention is directed to <u>Rules 281 and 282 of the Local Rules</u> of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules.

4.     A jury trial for Defendant Tincher is set for **August 6, 2013**, **at 8:30 a.m.,** in Courtroom 2 before the Honorable Anthony W. Ishii, Chief United States District Court Judge. The parties' attention is directed to Local Rules of Practice for the Eastern District of California.[3]

IT IS SO ORDERED.

Dated:   **August 23, 2012**                   **/s/ Barbara A. McAuliffe**
                                                        UNITED STATES MAGISTRATE JUDGE

---

[2] If WordPerfect X3 is not available to the parties then the latest version of WordPerfect or any other word processing program in general use for IBM compatible personal computers is acceptable.

[3] Due to a typographical error, the original order had an incorrect date for the jury trial. This order issues to correct the date of trial to August 6, 2013.