# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ, | CASE NO. 1:08-cv-00076-AWI-BAM |
| Plaintiff, | ORDER STRIKING MOTIONS |
| v. | (ECF Nos. 131, 132) |
| ERIC McEACHERN, et al., | |
| Defendants. | |

Plaintiff Maximilian Monclova-Chavez ("Plaintiff") is a federal prisoner proceeding in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on the complaint, filed January 15, 2008, against Defendants McEachern,[1] Miller, White, and Tincher for excessive force in violation of the Eighth Amendment.

A telephonic trial confirmation hearing is set in this action for January 7, 2013, at 1:30 p.m. before the Honorable Anthony W. Ishii. At the prior telephonic conference, the parties were informed that the deadlines to file motions in limine would be set at a later date. On November 26, 2012, Plaintiff filed a motion to preclude improper impeachment and character evidence at trial and a motion on admission of prior testimony with limiting instructions. (ECF Nos. 131, 132.) Once the parties file their joint pretrial statement, a pretrial order shall issue establishing the deadlines to file motions in limine and oppositions to the motions in limine. Accordingly, Plaintiff's motions,

---

[1] On December 8, 2010, default was entered against Defendant McEachern. (ECF Nos. 71, 72.)

1

filed November 26, 2012, are HEREBY STRICKEN FROM THE RECORD.

    IT IS SO ORDERED.

**Dated:**   **November 27, 2012**           /s/ **Barbara A. McAuliffe**
                                                  UNITED STATES MAGISTRATE JUDGE