# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ, | 1:08-cv-00076-AWI-BAM |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |
| v. | **ORDER VACATING JANUARY 7, 2013 HEARING** |
| ERIC McEACHERN, et. al., | **TEN-DAY DEADLINE** |
| Defendants. | |
| / | (ECF No. 112) |

Plaintiff Maximilian Monclova-Chavez ("Plaintiff") is a federal prisoner proceeding in this civil rights action filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971). This action is proceeding on the complaint, filed January 15, 2008, for two separate incidents of excessive force in violation of the Eighth Amendment. The Court has bifurcated the trial of Defendant Tincher from the trial against Defendants Miller, White and McEachern. A jury trial for Defendants Miller and White is set for February 20, 2013.[1] A telephonic trial confirmation hearing for Defendants Miller and White is set for January 7, 2013. (ECF Nos. 112, 130).

---

[1] Default was entered against Defendant McEachern on December 8, 2010. (ECF No. 72).

On April 23, 2012, the Court issued a scheduling order requiring the parties to file a joint pretrial statement pursuant to Local Rule 281(a)(2). (ECF No. 112). The joint pretrial statement was due no later December 31, 2012. The parties failed to comply with or otherwise respond to the order. Accordingly, it is HEREBY ORDERED that:

1. Within **ten (10) days** from the date of service of this order, the parties shall show cause in writing why this action should not be dismissed for failure to obey the Court's order and for failure to prosecute this action;

2. The telephonic trial confirmation hearing set before the Honorable Anthony W. Ishii on January 7, 2013, at 1:30 p.m. is VACATED.

3. The jury trial set before the Honorable Anthony W. Ishii on February 20, 2013, at 8:30 a.m. against Defendants Miller and White is VACATED.

4. The parties are advised that failure to respond to this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   January 3, 2013

UNITED STATES DISTRICT JUDGE