UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ, | CASE NO. 1:08-cv-00076-AWI-BAM |
| Plaintiff, | ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE |
| v. | February 4, 2013, at 9:30 a.m. |
| ERIC McEACHERN, et al., | Courtroom 8 (BAM) |
| Defendants. | |

Plaintiff Maximilian Monclova-Chavez ("Plaintiff") is a federal prisoner proceeding in this action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors.

On January 16, 2013, the Court ordered the parties to prepare and file a joint pretrial statement for the jury trial of defendants Timothy Miller and Kenneth White by 4:00 p.m. Friday, February 15, 2013. The Court also referred the matter to the undersigned for a trial-setting conference. Accordingly, it is HEREBY ORDERED that:

1. A Telephonic Scheduling Conference is set before the undersigned on **February 4, 2013, at 9:30 a.m.** in Courtroom 8 regarding the jury trial of defendants Timothy Miller and Kenneth White; and

2. The parties shall make arrangements for a conference call and, once all parties are on the line, shall call the Court at **(559) 499-5789**.

IT IS SO ORDERED.

Dated:  January 16, 2013            /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE