UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ, | CASE NO. 1:08-cv-00076-AWI-BAM |
| Plaintiff, | ORDER SETTING TRIAL AND TELEPHONIC TRIAL CONFIRMATION HEARING DATES FOR DEFENDANTS MILLER AND WHITE |
| v. | |
| | Telephonic Trial Confirmation Hearing: June 17, 2013, at 3:30 p.m. in Courtroom 2 (AWI) |
| ERIC McEACHERN, et al., | |
| Defendants. | Jury Trial: July 30, 2013, at 8:30 a.m. in Courtroom 2 (AWI) |

Plaintiff Maximilian Monclova-Chavez ("Plaintiff") is a federal prisoner proceeding in this action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors.

On February 4, 2013, the Court held a telephonic trial setting conference for the jury trial of Defendants Timothy Miller and Kenneth White. Elizabeth Alexander appeared on behalf of Plaintiff. Ovidio Oviedo, Jr., appeared on behalf of Defendants Timothy Miller and Kenneth White.

Following the hearing, it is HEREBY ORDERED as follows:

1. The telephonic trial confirmation hearing set before the Honorable Anthony W. Ishii for **June 24, 2013, at 3:00 p.m.** shall remain for Defendant Tincher;

2. The jury trial set before the Honorable Anthony W. Ishii for **August 6, 2013, at 8:30 a.m.** shall remain for Defendant Tincher;

3. A telephonic trial confirmation hearing for Defendants Miller and White is set for **June 17, 2013, at 3:30 p.m.** in Courtroom 2 (AWI) before the Honorable Anthony

W. Ishii.  The parties shall make arrangements for a conference call and, once all parties are on the line, shall call the Court at **(559) 499-5669**.  By separate order, the parties have been directed to file a <u>Joint Pretrial Statement</u> with the Court by 4:00 p.m. Friday, February 15, 2013;

4. A jury trial for Defendants Miller and White is set for **July 30, 2013, at 8:30 a.m.** in Courtroom 2 before the Honorable Anthony W. Ishii.  The parties' attention is directed to the Local Rules of Practice for the Eastern District of California.

IT IS SO ORDERED.

Dated:   **February 4, 2013**           /s/ **Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE