# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ, | 1:08-cv-00076-AWI-BAM |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MAXIMILIANO MONCLOVA CHAVEZ, 1306300354, PLAINTIFF WITNESS** |
| v. | DATE: July 30, 2013 |
| ERIC McEACHERN, et al., | TIME: 8:00 a.m. |
| Defendants. / | |

**Maximiliano Monclova Chavez**, 1306300354, a necessary and material witness on his own behalf in proceedings in this case on July 30, 2013, is confined at San Bernardino Central Detention Center, 630 East Rialto Avenue, San Bernardino, CA 92415, in the custody of the United States Marshal. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Senior District Judge Anthony W. Ishii at the United States Courthouse, 2500 Tulare Street, Fresno, California 93721, in Courtroom #2, on July 30, 2013, at 8:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the United States Marshal to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: United States Marshal**, Central District of California, United States Courthouse, 312 N. Spring Street, Room G-23, Los Angeles, CA 90012:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated: July 9, 2013

_____
SENIOR   DISTRICT   JUDGE