Elizabeth Alexander
Law Offices of Elizabeth Alexander
1416 Holly St., NW
Washington, DC 20012
202-291-3774
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ,  Plaintiff, | )<br>)<br>) |
| v. | ) No. CV 08-00076-AWI- SMS<br>) |
| ERIC McEACHERN, et al.,  Defendants. | ) The Hon. Anthony W. Ishii<br>)<br>) |
| | ) The Hon. Barbara A. McAuliffe |

STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 54(b)

Plaintiff Maximilian Monclova Chavez, Defendant Kenneth White and Defendant Timothy Miller stipulate to the entry of the following Order and jointly request its entry by the Court:

1. Plaintiff's claims against Defendants Kenneth White and Timothy Miller are dismissed with prejudice.

2. Judgment is entered in the amount of $10,000, inclusive of costs and fees, in favor of Plaintiff against Defendants Kenneth White and Timothy Miller, jointly and severally, without an admission of liability, as set forth in the Offer of Judgment from Defendants White and Miller. *See* Offer of Judgment, July 14, 2013 (Dkt. No. 163-1, filed July 19, 2013).

3. There is no just cause for delay in entering this judgment.

4.      Plaintiff's claims against Defendants White and Miller are appropriate for entry of final judgment pursuant to Fed. R. Civ. P. 54(b).

                                      Respectfully submitted,

                                      _____/s/_____
                                      Elizabeth Alexander
                                      Law Offices of Elizabeth Alexander
                                      1416 Holly St., N.W.
                                      Washington, DC 20012
                                      202-291-3774
                                      Counsel for Plaintiff

Dated: July 26, 2013

                                      /s/ Oviedo Oviedo, Jr.,
                                      as authorized on July 26, 2013
                                      Ovidio Oviedo, Jr., No. 210311
                                      OVIEDO LAW GROUP, INC.
                                      7120 N. Whitney Avenue, Suite 101
                                      Fresno, CA 93720
                                      (o) 559-226-6200
                                      (f) 559-432-5543

Dated: July 26, 2013


IT IS SO ORDERED.

Dated:   July 29, 2013                                   _____
                                                        SENIOR  DISTRICT  JUDGE