UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MAXIMILIAN MONCLOVA-CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ERIC MCEACHERN, et al.,<br><br>　　　　　Defendants. | No. CV 08-00076 AWI (BAM)<br><br>**ORDER DISMISSING DEFENDANT PATRICK TINCHER FROM THIS ACTION** |

　　IT IS SO ORDERED that pursuant to the stipulation of defendant Tincher and plaintiff Monclova-Chavez (Doc. 171), defendant Patrick Tincher shall be dismissed from this action with prejudice.  Each party will bear his own costs and fees with respect to Plaintiff's claims against defendant Tincher.  The telephonic trial confirmation date set for September 3, 2013 and trial date set for October 8, 2013 are vacated.

IT IS SO ORDERED.

Dated:　August 27, 2013　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE