UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILLIAN MONCLOVA-CHAVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC McEACHERN, et al.,<br><br>    Defendants.<br> | Case No.: 1:08-cv-00076-AWI-BAM<br><br>ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT REGARDING REMAINING DEFENDANT<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Maximilian Monclova-Chavez is a federal prisoner proceeding in this civil rights action filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971) against Defendants Miller, White, McEachern and Tincher.  Following dismissal of Defendants Miller, White and Tincher, Defendant McEachern is the only remaining defendant in this action. (ECF Nos. 168, 172.)  The Clerk of the Court entered default against Defendant McEachern on December 8, 2010. (ECF No. 72.)  Accordingly, Plaintiff is HEREBY ORDERED to file a status report within twenty-one (21) days informing the Court if he intends to seek default judgment or dismissal of Defendant McEachern.

IT IS SO ORDERED.

Dated:  **August 29, 2013**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1